TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00160-CV

LEB Affordable Housing Corporation and Leonard E. Briscoe, Appellants

v.

Texas Department of Housing and Community Affairs; Marsha L. Williams;

C. Kent Conine; Donald R. Bethel; Michael E. Jones; James A. Daross; Margie

Bingham; Robert Brewer; Lydia Saenz; and Florita Bell Griffin, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-08740, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a Motion to Dismiss. We grant appellants' motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: July 13, 2000

Do Not Publish